```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHARLEY JOSEPH STEPHENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00406-1-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER DISMISSING OCTOBER 10, 2012, PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION |
| CHARLEY JOSEPH STEPHENSON, | |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED to between the United States of America through TODD PICKLES, Assistant U.S. Attorney, and defendant CHARLEY JOSEPH STEPHENSON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the Petition for Warrant or Summons for Offender under Supervision filed on October 10, 2012 [Docket Entry 135] be dismissed.

Mr. Stephenson was sentenced in this matter on January 31, 2013. Dismissal of this petition is consistent with the probation officer's recommendation at page 6 of the January 24, 2013 Dispositional Memorandum that "the petition filed October 10, 2012, be dismissed

following sentencing in this matter, as this recommendation considers [Stephenson's] conduct alleged in the new petition."

Dated: February 1, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
CHARLEY JOSEPH STEPHENSON

Dated: February 1, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court having received, read, and considered the Stipulation and Proposed Order Dismissing the October 10, 2012, Petition for Warrant or Summons for Offender under Supervision, and good cause appearing therefrom, it is hereby ordered that the October 10, 2012 Petition for Warrant or Summons for Offender under Supervision (ECF No. 135) is DISMISSED.

**IT IS SO ORDERED**.

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE